IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |
|---|---|---|
| EBONY CAPRICE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21-cv-00266 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARIEA LEFEVERS, | ) | By:    Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that Defendant Mariea LeFevers's motion to dismiss (ECF No. 13) is **GRANTED** and Plaintiff Ebony Caprice Miller's Complaint is **DISMISSED**. This action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 2nd day of December, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE